In the Matter of the Application of WILLIAM H. SEAICH, Respondent, for the Appointment of Three Persons to Appraise the Value of the Petitioner's Stock of the YELLOW TAXICAB COMPANY, a Corporation Merged into the MASON-SEAMAN TRANSPORTATION COMPANY, Appellant.

Reported below, 170 App. Div. 686. (Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first

judicial department, entered January 4, 1916, which modified and affirmed as modified an order of Special Term confirming the report of appraisers in the above-entitled proceeding.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that the exceptions were frivolous and the appeal taken for purposes of delay only. ·

*William J. Moran* for motion.

*H. B. Twombly* opposed.

Motion denied, with ten dollars costs.